The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOROTHEA McPHERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOMESPHERE, LLC, a limited liability corporation,<br><br>Defendant. | Case No. 3:16-cv-05369-BHS<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED AGAINST DEFENDANT |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Dorothea McPherson, by and through her attorneys, Impact Law Group PLLC, and Defendant HomeSphere, LLC, by and through its attorneys, Littler Mendelson, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case with prejudice and with all parties to bear their own attorneys' fees and costs.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE - 1
Case No. 3:16-cv-05369-BHS

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

Dated: February 16, 2017

| | |
|---|---|
| /s/ Matthew D. Hartman<br>Matthew D. Hartman, WSBA No. 33054<br>IMPACT LAW GROUP PLLC<br>1325 Fourth Avenue, Suite 1400<br>Seattle, WA 98101<br>Tel: 206.792.5230<br>Fax: 206.452.0655<br>Email: matt@impactlawgroup.com<br><br>Attorneys for Plaintiff<br>DOROTHEA McPHERSON | /s/ Kellie A. Tabor<br>Ryan P. Hammond, WSBA #38888<br>Kellie A. Tabor, WSBA #46260<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone: 206.623.3300<br>Fax: 206.447.6965<br>E-Mail: rhammond@littler.com<br>         ktabor@littler.com<br><br>Attorneys for Defendant<br>HOMESPHERE, LLC |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE - 2
Case No. 3:16-cv-05369-BHS

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## ORDER

Based on the Stipulation filed by Plaintiff Dorothea McPherson and Defendant HomeSphere, LLC, it is hereby:

ORDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted in the above-captioned case against Defendant are dismissed with prejudice, and all parties are to bear their own attorneys' fees and costs.

DATED this 17 day of February, 2017.

_____
THE HONORABLE BENJAMIN H. SETTLE

STIPULATION AND [~~PROPOSED~~] ORDER
OF DISMISSAL WITH PREJUDICE - 3
Case No. 3:16-cv-05369-BHS

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on February ___, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiff**

Matthew D. Hartman, WSBA No. 33054
IMPACT LAW GROUP PLLC
1325 Fourth Avenue, Suite 1400
Seattle, WA 98101
Tel: 206.792.5230
Fax: 206.452.0655
Email: matt@impactlawgroup.com

And I hereby certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

[Not applicable]

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this _____ day of _____, 2017.

/s/ _____
Deb Hatstat
dhatstat@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:145701805.2 089083.1001

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE - 4
Case No. 3:16-cv-05369-BHS

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300